R. Bradford Huss (SBN 71303)
Marla K. Letellier (SBN 234969)
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:    (415) 788-3111
Facsimile:     (415) 421-2017
E-Mail:         bhuss@truckerhuss.com
                    mletellier@truckerhuss.com

Attorneys for Defendants
David H. Rush, Mark A. Habib, and James P. McKenna

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan,<br><br>             Plaintiff,<br><br>     vs.<br><br>DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA,<br><br>             Defendants. | Case No. 2:11-cv-03102-GEB-CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff in the above-entitled action, Virginia C. Moon, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan, by and through her undersigned counsel, hereby stipulates that Defendants David H. Rush, Mark A. Habib, and James P. McKenna (collective the "Defendants") shall have up to and including January 20, 2012, to answer or otherwise respond to the complaint in this action.

This is the first stipulation in this case between Plaintiff and the Defendants to extend time to answer or otherwise respond to any complaint filed in this action, and it does not affect any deadline set by the Court.

DATED:  January 4, 2011					LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

							By: /s/Nina Wasow
							    Nina Wasow
							    Attorneys for Plaintiff
							    VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan,

DATED:  January 4, 2011					TRUCKER ✦ HUSS

							By: /s/R. Bradford Huss
							    R. Bradford Huss
							    Attorneys for Defendants
							    David H. Rush, Mark A. Habib, and James P. McKenna

I attest that my firm has obtained Ms. Wasow's concurrence in the filing of this document.

DATED:  January 4, 2011					TRUCKER ✦ HUSS

							By: /s/R. Bradford Huss
							    R. Bradford Huss

PURSUANT TO STIPULATION, IT IS SO ORDERED.

   **Date:  1/4/2012**

							_____
							GARLAND   E.   BURRELL,   JR.
							United States District Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; Case No. 2:11-cv-03102-GEB-CKD        2

#1223681