IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
VIRGINIA C. MOON, on her own    )
behalf and on behalf of the     )    2:11-cv-03102-GEB-CKD
Peters Rush Habib & McKenna     )
401(k) Profit Sharing Plan,     )
                                )    ORDER*
          Plaintiff,            )
                                )
     v.                         )
                                )
DAVID H. RUSH, MARK A. HABIB,   )
and JAMES P. MCKENNA,           )
                                )
          Defendants.           )
_____)
                                )
DAVID H. RUSH,                  )
                                )
          Counter-claimant,     )
                                )
     v.                         )
                                )
VIRGINIA C. MOON,               )
                                )
          Counter-defendant.    )
_____)
```

On February 10, 2012, Counter-defendant Virginia C. Moon ("Moon") filed a motion to dismiss Counter-claimant David H. Rush's ("Rush") Counter-claims. (ECF No. 11.) However, Rush filed his First Amended Counter-claims on March 2, 2012. Since Moon's dismissal motion

---

\*      This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

does not concern Rush's operative counter-claims, the motion is denied as moot and the hearing scheduled for April 2, 2012 is vacated.

Dated: March 23, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge