IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA,<br><br>        Defendants.<br>_____<br>DAVID H. RUSH,<br><br>        Counter-claimant,<br><br>    v.<br><br>VIRGINIA C. MOON,<br><br>        Counter-defendant.<br>_____ | 2:11-cv-03102-GEB-CKD<br><br>ORDER[*] |

        On February 10, 2012, Counter-defendant Virginia C. Moon ("Moon") filed a motion to dismiss Counter-claimant David H. Rush's ("Rush") Counter-claims. (ECF No. 11.) However, Rush filed his First Amended Counter-claims on March 2, 2012. Since Moon's dismissal motion

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1 | does not concern Rush's operative counter-claims, the motion is denied
2 | as moot and the hearing scheduled for April 2, 2012 is vacated.
3 | Dated:  March 23, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge