| | |
|---|---|
| Teresa S. Renaker – CA State Bar No. 187800<br>Nina Wasow – CA State Bar No. 242047<br>LEWIS, FEINBERG, LEE,<br>  RENAKER & JACKSON, P.C.<br>476 9th Street<br>Oakland, CA  94607-4048<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839<br>Email: trenaker@lewisfeinberg.com<br>Email: nwasow@lewisfeinberg.com | Stephen P. Shadle –<br>  CA State Bar No. 55300<br>SHADLE & WALSMA, PLC<br>833 E. Plaza Circle, Suite 200<br>Yuma, AZ 85365-2033<br>Telephone: (928) 783-8321<br>Facsimile: (928) 782-2310<br>Email: sshadle@yumalawfirm.com |

*Attorneys for Plaintiff and Counterdefendant*

R. Bradford Huss
Marla K. Letellier
TRUCKER HUSS, APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94104-4398
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
Email: bhuss@truckerhuss.com
Email: mletellier@truckerhuss.com

*Attorneys for Defendants Mark Habib, David Rush, and James McKenna and Counterclaimant David Rush*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA.<br><br>                    Defendants. | Case No. 2:11-cv-03102-GEB-CKD<br><br>**STIPULATION AND ORDER** |

| | |
|---|---|
| DAVID H. RUSH, | ) |
| Counterclaimant, | ) |
| vs. | ) |
| VIRGINIA C. MOON, | ) |
| Counterdefendant. | ) |

WHEREAS, Defendants filed a Motion to Dismiss or, in the alternative, Motion for Summary Judgment, which is currently set for hearing on June 4, 2012;

WHEREAS, the parties have agreed to postpone the hearing on the Motion to June 18, 2012, to accommodate Plaintiff's counsel's schedule;

Accordingly, IT IS HEREBY AGREED AND REQUESTED by the parties through their counsel of record that the hearing on Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment shall be held on June 18, 2012.

Dated:  May 4, 2012                              Respectfully submitted,

                                                 LEWIS, FEINBERG, LEE,
                                                 RENAKER & JACKSON, P.C.
                                          By:    /s/ Nina Wasow
                                                 Nina Wasow
                                                 *Attorneys for Plaintiff*

Dated:  May 4, 2012                              TRUCKER HUSS APC

                                          By:    /s/ Brad Huss
                                                 Brad Huss
                                                 *Attorneys for Defendants Mark Habib,*
                                                 *David Rush, and James McKenna*

**IT IS SO ORDERED.**

`Date:  5/7/2012`

_____
GARLAND E. BURRELL, JR.
United States District Judge