IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA,<br><br>        Defendants. | 2:11-cv-03102-GEB-CKD<br><br>ORDER |

        Page 2 of Exhibit 1 attached to Nina Wasow's Declaration (ECF No. 34) contains identifying information prohibited by Federal Rule of Civil Procedure ("Rule") 5.2(a) and Local Rule 140(a). Therefore, Plaintiff shall re-file the Wasow Declaration with a redacted copy of Exhibit 1, which conforms to Rule 5.2(a) and Local Rule 140(a), no later than July 9, 2012.

        Further, the Clerk of the Court shall file the original Wasow Declaration, with exhibits, under seal. (ECF No. 34.)

        IT IS SO ORDERED.

Dated:  July 6, 2012

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge