R. Bradford Huss (SBN 71303)
Virginia H. Perkins (SBN 215832)
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-Mail:        bhuss@truckerhuss.com
                    vperkins@truckerhuss.com

Attorneys for Defendants David H. Rush, Mark A. Habib,
and James P. McKenna And Counter-Claimant David H. Rush

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-03102-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT (DKT. NO. 49)** |
| DAVID H. RUSH,<br><br>　　　　　　　Counter-Claimant<br><br>　vs.<br><br>VIRGINIA C. MOON,<br><br>　　　　　　　Counter-Defendant | |

　　　　Plaintiff and Counter-Defendant Virginia C. Moon, Defendant and Counter-Claimant David H. Rush, and Defendants Mark A. Habib and James P. McKenna (together hereinafter "Parties") hereby request that the Court enter an order extending the time for the Parties to file

supplemental briefs as currently set forth in the Court's October 22, 2012 Minute Order (Dkt. No. 54).

The Court's October 22, 2012 Minute Order orders the Parties to file further briefs ("Further Briefs") on November 13, 2012 and orders the Parties to file reply briefs ("Reply Briefs") on November 27, 2012. Due to time constraints based on other ongoing matters and a desire to discuss whether settlement is possible, the Parties hereby stipulate, and request that the Court enter an Order, extending the deadline to file the Further Briefs until December 11, 2012 and the deadline to file the Reply Briefs until December 20, 2012.

This is the first extension obtained or requested by the Parties as to the particular matters for which the extension is sought.

IT IS SO STIPULATED.

DATED: October 31, 2012              TRUCKER ✦ HUSS

                                     By: /s/R. Bradford Huss
                                         R. Bradford Huss
                                         Attorneys for Defendants
                                         David H. Rush, Mark A. Habib, and James P.
                                         McKenna And Counter-Claimant David H. Rush

DATED: October 31, 2012              LEWIS, FEINBERG, LEE, RENAKER &
                                     JACKSON, P.C.

                                     By: /s/Teresa Renaker
                                         Teresa Renaker
                                         Attorneys Plaintiff and Counter-Defendant
                                         Virginia C. Moon

I attest that my firm has obtained the concurrence of Teresa Renaker in the filing of this document.

DATED: October 31, 2012              TRUCKER ✦ HUSS

                                     By: /s/R. Bradford Huss
                                         R. Bradford Huss
                                         Attorneys for Defendants
                                         David H. Rush, Mark A. Habib, and James P.
                                         McKenna And Counter-Claimant David H. Rush

1  **IT IS SO ORDERED.**

2  Date: <u>11/6/2012</u>

3  _____
   GARLAND E. BURRELL, JR.
4  Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT; Case No. 2:11-cv-03102-GEB-CKD

3