R. Bradford Huss (SBN 71303)
Virginia H. Perkins (SBN 215832)
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:    (415) 788-3111
Facsimile:     (415) 421-2017
E-Mail:          bhuss@truckerhuss.com
                    vperkins@truckerhuss.com

Attorneys for Defendants David H. Rush, Mark A. Habib,
and James P. McKenna And Counter-Claimant David H. Rush

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA,<br><br>　　　　　　　　　Defendants. | Case No. 2:11-cv-03102-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT (DKT. NO. 49)** |
| DAVID H. RUSH,<br><br>　　　　　　　　　Counter-Claimant<br><br>　　vs.<br><br>VIRGINIA C. MOON,<br><br>　　　　　　　　　Counter-Defendant | |

　　　Plaintiff and Counter-Defendant Virginia C. Moon, Defendant and Counter-Claimant David H. Rush, and Defendants Mark A. Habib and James P. McKenna (together hereinafter "Parties") hereby request that the Court enter an order further extending the time for the Parties to

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT;
Case No. 2:11-cv-03102-GEB-CKD

1

1  file supplemental briefs as currently set forth in the Court's November 6, 2012 Order (Dkt. No. 57).

2  The Court's November 6, 2012 Order orders the Parties to file further briefs ("Further
3  Briefs") on December 11, 2012 and orders the Parties to file reply briefs ("Reply Briefs") on
4  December 20, 2012. Due to a need for additional time to discuss whether settlement is possible,
5  the Parties hereby stipulate, and request that the Court enter an Order, extending the deadline to file
6  the Further Briefs until January 14, 2013 and the deadline to file the Reply Briefs until January 22,
7  2012.

8  This is the second extension obtained or requested by the Parties as to the particular matters
9  for which the extension is sought.

10  IT IS SO STIPULATED.

11 DATED: December 6, 2012                 TRUCKER ✦ HUSS

12
13                                         By: /s/R. Bradford Huss
                                               R. Bradford Huss
                                               Attorneys for Defendants
14                                             David H. Rush, Mark A. Habib, and James P.
                                               McKenna And Counter-Claimant David H. Rush
15
16 DATED: December 6, 2012                 LEWIS, FEINBERG, LEE, RENAKER &
                                           JACKSON, P.C.
17
18                                         By: /s/Teresa Renaker
                                               Teresa Renaker
                                               Attorneys Plaintiff and Counter-Defendant
19                                             Virginia C. Moon

20  I attest that my firm has obtained the concurrence of Teresa Renaker in the filing of this
21  document.

22 DATED: December 6, 2012                 TRUCKER ✦ HUSS

23
24                                         By: /s/R. Bradford Huss
                                               R. Bradford Huss
25                                             Attorneys for Defendants
                                               David H. Rush, Mark A. Habib, and James P.
26                                             McKenna And Counter-Claimant David H. Rush

27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE
FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT;
Case No. 2:11-cv-03102-GEB-CKD                                                           2

**IT IS SO ORDERED.**

Date: <u>12/7/2012</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT;
Case No. 2:11-cv-03102-GEB-CKD

3