R. Bradford Huss (SBN 71303)
Virginia H. Perkins (SBN 215832)
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-Mail:   bhuss@truckerhuss.com
          vperkins@truckerhuss.com

Attorneys for Defendants David H. Rush, Mark A. Habib,
and James P. McKenna And Counter-Claimant David H. Rush

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA,<br><br>Defendants. | Case No. 2:11-cv-03102-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT (DKT. NO. 49)** |
| DAVID H. RUSH,<br><br>Counter-Claimant<br><br>vs.<br><br>VIRGINIA C. MOON,<br><br>Counter-Defendant | |

Plaintiff and Counter-Defendant Virginia C. Moon, Defendant and Counter-Claimant David H. Rush, and Defendants Mark A. Habib and James P. McKenna (together hereinafter "Parties") hereby request that the Court enter an order further extending the time for the Parties to file supplemental briefs as currently set forth in the Court's November 6, 2012 Order (Dkt. No. 57).

The Court's November 6, 2012 Order ordered the Parties to file further briefs ("Further Briefs") on December 11, 2012 and ordered the Parties to file reply briefs ("Reply Briefs") on December 20, 2012.  Due to a need for additional time to discuss whether settlement is possible, the Parties stipulated, and requested that the Court enter an Order, extending the deadline to file the Further Briefs until January 14, 2013 and the deadline to file the Reply Briefs until January 22, 2012.  The Court granted the Parties' request for an extension by Order dated December 7, 2012 (Dkt. 59)

Plaintiff and Counter-Defendant Virginia C. Moon's counsel of record in this matter are Teresa Renaker and Nina Wasow.  Ms. Wasow has been out of the office on maternity leave since November 2012 and will not return to work until March 2013.  Ms. Renaker is out of the office due to a family medical emergency that is expected to require her full attention for several days.  Therefore, the Parties request that the Court enter an Order extending the deadline to file the Further Briefs until January 22, 2013, and the deadline to file the Reply Briefs until January 29, 2013.

This is the third extension obtained or requested by the Parties as to the particular matters for which the extension is sought.

IT IS SO STIPULATED.

DATED: January 14, 2013               TRUCKER ✦ HUSS

                                      By: /s/R. Bradford Huss
                                          R. Bradford Huss
                                          Attorneys for Defendants
                                          David H. Rush, Mark A. Habib, and James P.
                                          McKenna And Counter-Claimant David H. Rush

DATED: January 14, 2013               LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


                                      By: /s/Teresa Renaker (by Daniel Feinberg)
                                          Teresa Renaker
                                          Attorneys Plaintiff and Counter-Defendant
                                          Virginia C. Moon

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT; Case No. 2:11-cv-03102-GEB-CKD

I attest that my firm has obtained the concurrence of Daniel Feinberg on behalf of Teresa Renaker in the filing of this document.

DATED: January 14, 2013              TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
    R. Bradford Huss
    Attorneys for Defendants
    David H. Rush, Mark A. Habib, and James P. McKenna And Counter-Claimant David H. Rush

1   **IT IS SO ORDERED.**

2

3   **Date:  1/15/2013**

4

5   _____
     GARLAND         E.         BURRELL,         JR.
6   Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE FURTHER BRIEFS RELATING TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT;
Case No. 2:11-cv-03102-GEB-CKD                                                                                       4