Teresa S. Renaker – CA State Bar No. 187800
Nina Wasow – CA State Bar No. 242047
Darin Ranahan – CA State Bar No. 273532
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 – 9th Street
Oakland, CA  94607-4048
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: trenaker@lewisfeinberg.com
        nwasow@lewisfeinberg.com
        dranahan@lewisfeinberg.com

Stephen P. Shadle – CA State Bar No. 55300
SHADLE & WALSMA, PLC
833 E. Plaza Circle, Suite 200
Yuma, AZ 85365-2033
Telephone: (928) 783-8321
Facsimile: (928) 782-2310
Email: sshadle@yumalawfirm.com

*Attorneys for Plaintiff and Counterdefendant Virginia C. Moon*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna Profit Sharing Plan,<br><br>                Plaintiff,<br><br>        v.<br><br>DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA,<br><br>                Defendants.<br>_____<br>DAVID H. RUSH,<br><br>                Counterclaimant,<br><br>        v.<br><br>VIRGINIA C. MOON,<br><br>                Counterdefendant. | Case No. 2:11-cv-03102-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER RE FACT DISCOVERY DEADLINE** |

Plaintiff Virginia C. Moon ("Plaintiff") and Defendants David H. Rush, Mark A. Habib, and James P. McKenna ("Defendants"), by and through their respective counsel of record, hereby stipulate to the following facts and request that the Court issue an Order regarding the case schedule.

WHEREAS, the Court established a fact discovery deadline of January 31, 2014 in its September 11, 2013 Status (Pretrial Scheduling Order) (ECF No. 70);

WHEREAS, the parties are currently diligently engaged in discovery, but do not anticipate being able to complete depositions of key witnesses before mid-December 2013 due to schedule conflicts;

WHEREAS, the parties need additional time to conduct follow-up discovery after the depositions of these witnesses and to resolve any disputes that may arise, including filing any discovery motions with the Court;

WHEREAS, extending the fact discovery deadline to February 24, 2014, would not require changing any other case deadlines;

THEREFORE, Plaintiff and Defendants hereby stipulate to extend the fact discovery deadline to February 24, 2014.

**IT IS SO STIPULATED.**

DATED: November 7, 2013        LEWIS, FEINBERG, LEE,
                               RENAKER & JACKSON, P.C.

                    By:   */s/ Nina Wasow*
                          TERESA S. RENAKER
                          NINA WASOW
                          DARIN RANAHAN
                          Attorneys for Plaintiff
                          VIRGINIA C. MOON

DATED: November 7, 2013        TRUCKER HUSS

                    By:   */s/ R. Bradford Huss*

        R. BRADFORD HUSS
        SEAN T. STRAUSS
        Attorneys for Defendants
        DAVID H. RUSH
        MARK A. HABIB
        JAMES P. MCKENNA

**ATTESTATION**

I hereby attest that, for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

DATED: November 7, 2013          By:    */s/ Nina Wasow*
                                        Nina Wasow

                                        LEWIS, FEINBERG, LEE,
                                        RENAKER & JACKSON, P.C.
                                        476 9th Street
                                        Oakland, CA  94607-4048
                                        Telephone:    (510) 839-6824
                                        Facsimile:    (510) 839-7839

**ORDER**

The Court, having reviewed the above Stipulation re Fact Discovery Deadline, HEREBY ORDERS that the fact discovery deadline be extended to February 24, 2014.

**IT IS SO ORDERED.**

Dated:  November 7, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge