1  Teresa S. Renaker – CA Bar No. 187800  Stephen P. Shadle – CA State Bar No. 055300
   Nina Wasow – CA Bar No. 242047         SHADLE & WALSMA, PLC
2  Darin Ranahan – CA Bar No. 273532      833 E. Plaza Circle, Suite 200
   LEWIS, FEINBERG, LEE,                  476 9th Street
3        RENAKER & JACKSON, P.C.          Yuma, AZ 85365-2033
   476 9th Street                         Telephone: (928) 783-8321
4  Oakland, CA  94607-4048                Facsimile: (928) 782-2310
   Telephone: (510) 839-6824              Email: sshadle@yumalawfirm.com
5  Facsimile: (510) 839-7839
   Email: trenaker@lewisfeinberg.com
6  Email: nwasow@lewisfeinberg.com
   Email: dranahan@lewisfeinberg.com
7
   *Attorneys for Plaintiff and Counterdefendant*
8

9  R. Bradford Huss
   Sean Strauss
10 TRUCKER HUSS, APC
   One Embarcadero Center, 12th Floor
11 San Francisco, CA 94104-4398
   Telephone: (415) 788-3111
12 Facsimile: (415) 421-2017
   Email: bhuss@truckerhuss.com
13 Email: sstrauss@truckerhuss.com

14 *Attorneys for Defendants Mark Habib,
   David Rush, and James McKenna and*
15 *Counterclaimant David Rush*

16

17                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan, | ) Case No. 2:11-cv-03102-GEB-CKD )  ) **ORDER modifying stipulation** |
| 21              Plaintiff, | ) ) |
| 22      vs. | ) ) |
| 23  DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA. | ) ) ) |
| 25              Defendants. | ) ) |

27

| | |
|---|---|
| 1  DAVID H. RUSH, | ) |
| 2             Counterclaimant, | ) |
| 3      vs. | ) |
| 4  VIRGINIA C. MOON, | ) |
| 5             Counterdefendant. | ) |

1  DAVID H. RUSH,                              )
                                               )
2             Counterclaimant,                 )
                                               )
3       vs.                                    )
                                               )
4  VIRGINIA C. MOON,                           )
                                               )
5             Counterdefendant.                )
6  _____    )

WHEREAS, the pretrial conference in this matter is currently scheduled for January 12, 2015, and the trial is set to begin on February 17, 2015;

WHEREAS, the parties wish to avoid the expense of preparing claims for trial that may be resolved by a decision on their cross-motions for summary judgment; and

WHEREAS, Defendants have requested that Plaintiff agree to a continuance of case deadlines, and Plaintiff has agreed to a 60-day continuance;

Accordingly, IT IS HEREBY AGREED AND REQUESTED by the parties through their counsel of record that:

1. The pretrial conference shall be held on February 23, 2015 at 2:30 p.m., with the joint pretrial statement to be filed at least 7 days prior, and

2. The trial shall begin on April 21, 2015 at 9:00 a.m.


Dated:  December 19, 2014                    Respectfully submitted,

                                             LEWIS, FEINBERG, LEE,
                                             RENAKER & JACKSON, P.C.

                                        By:  _/s/ Nina Wasow_____
                                             Nina Wasow
                                             *Attorneys for Plaintiff*

Dated:  December 19, 2014                    TRUCKER HUSS APC

                                        By:  _/s/ Brad Huss_____
                                             Brad Huss
                                             *Attorneys for Defendants Mark Habib,*
                                             *David Rush, and James McKenna*

1
2  **IT IS SO ORDERED.**
3  Dated:  December 19, 2014
4
5
6  _____
   GARLAND E. BURRELL, JR.
7  Senior United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27