1  Teresa S. Renaker – CA Bar No. 187800         Stephen P. Shadle – CA State Bar No. 55300
   Nina Wasow – CA Bar No. 242047                SHADLE & WALSMA, PLC
2  Darin Ranahan – CA Bar No. 273532             833 E. Plaza Circle, Suite 200
   LEWIS, FEINBERG, LEE,                         476 9th Street
3         RENAKER & JACKSON, P.C.                Yuma, AZ 85365-2033
   476 9th Street                                Telephone: (928) 783-8321
4  Oakland, CA  94607-4048                       Facsimile: (928) 782-2310
   Telephone: (510) 839-6824                     Email: sshadle@yumalawfirm.com
5  Facsimile: (510) 839-7839
   Email: trenaker@lewisfeinberg.com
6  Email: nwasow@lewisfeinberg.com
   Email: dranahan@lewisfeinberg.com
7
   *Attorneys for Plaintiff and Counterdefendant*
8

9  R. Bradford Huss
   Sean Strauss
10 TRUCKER HUSS, APC
   One Embarcadero Center, 12th Floor
11 San Francisco, CA 94104-4398
   Telephone: (415) 788-3111
12 Facsimile: (415) 421-2017
   Email: bhuss@truckerhuss.com
13 Email: sstrauss@truckerhuss.com

14 *Attorneys for Defendants Mark Habib,
   David Rush, and James McKenna and*
15 *Counterclaimant David Rush*

16

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA C. MOON, on her own behalf and on behalf of the Peters Rush Habib & McKenna 401(k) Profit Sharing Plan, | Case No. 2:11-cv-03102-GEB-CKD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| DAVID H. RUSH, MARK A. HABIB, and JAMES P. MCKENNA. | |
| Defendants. | |

| | |
|---|---|
| DAVID H. RUSH, | ) |
|  | ) |
|     Counterclaimant, | ) |
|  | ) |
|  vs. | ) |
|  | ) |
| VIRGINIA C. MOON, | ) |
|  | ) |
|     Counterdefendant. | ) |

WHEREAS, the pretrial statement in this matter is currently due February 16, 2015, which is a federal holiday; and

WHEREAS, the parties have agreed to a one-day extension of the deadline for filing a pretrial statement;

Accordingly, IT IS HEREBY AGREED AND REQUESTED by the parties through their counsel of record that the pretrial statement shall be filed on February 17, 2015.

Dated:  January 13, 2015    Respectfully submitted,

                LEWIS, FEINBERG, LEE,
                RENAKER & JACKSON, P.C.

                By: /s/ Nina Wasow
                   Nina Wasow
                   *Attorneys for Plaintiff*

Dated:  January 13, 2015    TRUCKER HUSS APC

                By: /s/ Brad Huss
                   Brad Huss
                   *Attorneys for Defendants Mark Habib,*
                   *David Rush, and James McKenna*

**IT IS SO ORDERED.**

**Dated:  January 15, 2015**

                _____
                GARLAND E. BURRELL, JR.
                Senior United States District Judge