UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA C. MOON,<br><br>            Plaintiff,<br><br>       v.<br><br>DAVID H. RUSH, et al.,<br><br>            Defendants. | No.  2:11-cv-3102 GEB CKD<br><br><br><br>ORDER |

On March 19, 2015, the parties and counsel met in a settlement conference in the above captioned case.  Appearances were placed on the record.  The parties reached agreement on a total settlement, and those terms were placed on the record.  The case is now settled.  The court retains jurisdiction to enforce the terms of the settlement.

The trial date and all other scheduled dates in this action are vacated.  Dispositional documents, which shall at the least stipulate to a dismissal of this case in its entirety with prejudice, shall be filed within thirty days of March 19, 2015.  The two related state cases now pending shall be dismissed in their entirety with prejudice as well, within the thirty day period.

IT IS SO ORDERED.

Dated: March 20, 2015

                                    /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE